**In the**
**UNITED STATES DISTRICT COURT**
**for the SOUTHERN DISTRICT OF INDIANA,**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| DENNIS D. KOST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| *vs.* | ) | **CAUSE NO. 1:04-CV-1800-SEB-VSS** |
| | ) | |
| JO ANNE B. BARNHART, Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**J U D G M E N T**

In accordance with the Court's Entry of this date, the decision of the Commissioner is

REVERSED and the plaintiff's application for benefits is REMANDED to the Commissioner for

re-evaluation consistent with the Entry.  This is a final judgment pursuant to the fourth sentence

of 42 U.S.C. § 405(g).


SO ORDERED  03/28/2006



_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

J. Frank Hanley II, P.C.
jfrankhanley@iquest.net

Thomas E. Kieper,
Assistant United States Attorney
tom.kieper@usdoj.gov


1